TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JULIE A. SOTTOSANTI
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: julie.sottosanti@usdoj.gov
Attorneys for Plaintiff

FILED
2026 JAN 21 PM 12:35
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Cassandra Lynn Matthews, -001
(Counts 1-4, 8-11)
Michael Justin Wood, -002
(Counts 1, 5-8)

Defendants.

CR 25-02182-TUC-AMM (LCK)

**SUPERSEDING INDICTMENT**

VIO: 18 U.S.C. §§ 933(a)(3) and (b)
(Conspiracy to Commit Trafficking in Firearms)
Count 1

18 U.S.C. 933(a)(1) and (b)
(Trafficking in Firearms)
Count 2-4

18 U.S.C. 933(a)(2) and (b)
(Trafficking in Firearms)
Count 5-7

18 U.S.C. § 554(a) and 2
(Conspiracy to Smuggle Goods from the United States)
Count 8

18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2(a)
(Making a False Statement in Connection with Acquisition of a Firearm; Aiding and Abetting)
Counts 9-11

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about a date unknown through January 21, 2025, in the District of Arizona, defendants CASSANDRA LYNN MATTHEWS and MICHAEL JUSTIN WOOD did conspire to receive from another person, in or otherwise affecting interstate or foreign commerce, firearms as listed in Counts 9-11 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 554(a), 18 U.S.C. § 922(g), and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

**COUNT 2**

On or about December 2023, in the District of Arizona, defendant CASSANDRA LYNN MATTHEWS transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 9 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

**COUNT 3**

On or about January to February 2024, in the District of Arizona, defendant CASSANDRA LYNN MATTHEWS transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 10 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

**COUNT 4**

On or about March 2024, in the District of Arizona, defendant CASSANDRA LYNN MATTHEWS transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 11 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

**COUNT 5**

On or about December 2023, in the District of Arizona, defendant MICHAEL JUSTIN WOOD received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 9 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

**COUNT 6**

On or about January to February 2024, in the District of Arizona, defendant MICHAEL JUSTIN WOOD received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 10 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

**COUNT 7**

On or about March 2024, in the District of Arizona, defendant MICHAEL JUSTIN WOOD received firearms from another person, in or otherwise affecting interstate or

foreign commerce, specifically the firearms listed in Count 11 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

**COUNT 8**

On or about a date unknown through January 21, 2025, in the District of Arizona, defendants CASSANDRA LYNN MATTHEWS and MICHAEL JUSTIN WOOD conspired to knowingly and fraudulently export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and facilitate the transportation, concealment, and sale of such merchandise, article or object, that is: firearms, as listed in Counts 9-11 of the Indictment, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

In violation of Title 18, United States Code, Sections 554(a) and 371.

**COUNTS 9-11**

On or about the dates listed below, in the District of Arizona, defendants, CASSANDRA LYNN WOOD and MICHAEL JUSTIN WOOD, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant, in connection with the purchase of each of the firearms listed below, stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, whereas in truth and fact, she

was knowingly acquiring the firearms on behalf of Defendant MICHAEL JUSTIN WOOD; and Defendant MICHAEL JUSTIN WOOD aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | FFL | Firearms |
|---|---|---|---|
| 4 | 12/2/23 | Turner's Outdoorsman | Ruger model max-9 9x19 caliber pistol<br><br>Smith and Wesson model M & P Shield 9x19 caliber pistol<br><br>Smith and Wesson model M & P 15-22, .22 caliber rifle<br><br>Juggernaut Tactical model JT-15, receiver<br><br>Anderson Manufacturing, model AM-15, 5.56 caliber rifle<br><br>Taurus, model AM-15, 5.56 caliber rifle<br><br>Taurus, model PT111 G2A, 9x19 caliber pistol<br><br>Walther, model P22, .22 caliber pistol<br><br>Franklin Arms, model BOSS-25, 12-gauge shotgun |
| 5 | 1/30/24 | Sportsman's Warehouse | SCCY, model CPX-1, 9x19 caliber pistol<br><br>SCCY, model CPX-2, 9x19 caliber pistol |
| 6 | 3/11/24 | Diamondback Shooting Sports | Taurus, model G2S, 9x19 caliber pistol |

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Date: January 21, 2026

REDACTED FOR
PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/

JULIE A. SOTTOSANTI
Assistant U.S. Attorney